**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Apr 29 2025

KEVIN P. WEIMER , Clerk

By: Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

 v.

THE KROGER CO.,

    Defendant.

CIVIL ACTION FILE NO.

1:25-CV-00272-LMM-WEJ

## SCHEDULING ORDER

This case has been referred to the undersigned Magistrate Judge. As an initial matter, the undersigned observes that the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, they may contact the chambers of the Honorable Russell G. Vineyard (404-215-1375), Chief United States Magistrate Judge.

Furthermore, all pretrial motions and proceedings, including discovery issues, shall be determined under this referral by the undersigned. This case is assigned to a four-month discovery track commencing **April 28, 2025**. N.D. Ga. R. 26.2(A), App. F. The filing of a motion for extension of time for doing an action permitted or required by the Federal Rules of Civil Procedure or the Local Rules

of this Court shall be filed **prior** to the deadline of the action.  Absent **prior** leave granted by the Court on the basis of a timely filed motion, no party may file a brief in support or opposition of a motion that exceeds the page limitations set forth in Local Rule 7.1(D).  **The parties are reminded to comply with the spacing and type requirements of Local Rules 5.1(B)-(C) and 7.1(D) in all filings with the Court to which these rules apply.  Parties should note whether opposing counsel consents to any motion filed.**

Parties with discovery disputes are **DIRECTED** to contact the Chambers of the undersigned **BEFORE** filing any Motion.  The Court prefers to handle such disputes via telephone conference where possible.

Upon review of the information contained in the parties' Joint Preliminary Report and Discovery Plan [9] (the "Report") filed on April 28, 2025, pursuant to Local Rule 16.2, it is

**ORDERED** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the completed Report except as herein modified.  It is further

**ORDERED** that motions under Local Rule 7.1(A)(2), including motions to amend pleadings, must be filed no later than **May 28, 2025.**  It is further

**ORDERED** that the parties shall complete discovery **no later than August 25, 2025**.  It is further

**ORDERED** that the parties shall file their motions for summary judgment **no later than September 24, 2025**, unless otherwise permitted by order of the Court.  It is further

**ORDERED** that, if no motions for summary judgment are filed, the parties shall file a Consolidated Pretrial Order no later than **September 24, 2025**, **or within thirty days from a final ruling on any motion for summary judgment that is not dispositive of all claims advanced by the parties.**  It is further

**ORDERED** that a trial date for this case shall be set following submission and approval of the Consolidated Pretrial Order.

**SO ORDERED**, this 29th day of April, 2025.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE