**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: _Aug 08 2025_

_KEVIN P. WEIMER_ , Clerk

By: _Kari Butler_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **1:25-cv-00272-LMM-WEJ** |
| **THE KROGER CO.,** | **JURY TRIAL DEMAND** |
| **Defendant.** | |

## ORDER

Having considered the Parties' JOINT MOTION TO EXTEND THE DISCOVERY PERIOD AND RELATED DEADLINES, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

The discovery period in this case is HEREBY extended thirty (30) days, through and including September 24, 2025 and the summary judgment motion deadline is extended until October 24, 2025. Further, if no motions for summary judgment are filed, the Parties shall file a Consolidated Pretrial Order no later than October 25, 2025, or within thirty days from a final ruling on any motion for summary judgment that is not dispositive of all claims advanced by the parties.

- 2 -

IT IS SO ORDERED, this 8th day of August, 2025.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE