**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: __Sep 16 2025__

**KEVIN P. WEIMER** , Clerk

By: __Kari Butler__
Deputy Clerk

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE KROGER CO.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br>**1:25-cv-00272-LMM-WEJ**<br><br>**JURY TRIAL DEMAND** |

**ORDER**

Having considered the Parties' JOINT MOTION TO EXTEND THE DISCOVERY PERIOD AND RELATED DEADLINES, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

The discovery period in this case is HEREBY extend thirty (30) days, through and including October 24, 2025 and the summary judgment motion deadline is extended until December 5, 2025. Further, if no motions for summary judgment are filed, the Parties shall file a Consolidated Pretrial Order no later than December 5, 2025, or within thirty days from a final ruling on any motion for summary judgment that is not dispositive of all claims advanced by the parties.

IT IS SO ORDERED, this 16th day of September, 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE