**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **1:25-cv-00272-LMM-JHR** |
| **THE KROGER CO.,** | **JURY TRIAL DEMAND** |
| **Defendant.** | |

**ORDER**

Having considered Defendant's UNOPPOSED MOTION TO EXTEND THE DISCOVERY PERIOD AND RELATED DEADLINES, and for good cause shown, it is hereby ORDERED that the Unopposed Motion is GRANTED.

The discovery period in this case is HEREBY extended sixty (60) days, through and including February 9, 2026 and the summary judgment motion deadline is extended until March 23, 2026. Further, if no motions for summary judgment are filed, the parties shall file a Consolidated Pretrial Order no later than March 23, 2026, or within thirty days from a final ruling on any motion for summary judgment that is not dispositive of all claims advanced by the parties.

IT IS SO ORDERED, this 8th day of December 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE