**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** **1:25-cv-00272-LMM-JHR** |
| **THE KROGER CO.,** | **JURY TRIAL DEMAND** |
| **Defendant.** | |

## ORDER

Having considered the Parties' JOINT MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

The deadline for filing dispositive motions is HEREBY extended thirty-five (35) days, through and including June 2, 2026.

IT IS SO ORDERED, this 17th day of March, 2026.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE