**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:25-cv-00272-LMM-WEJ** |
| **THE KROGER CO.,** | **JURY TRIAL DEMAND** |
| **Defendant.** | |

## NOTICE OF RESOLUTION

COME NOW, the Parties in this matter and hereby notify the Court that the Parties have reached a final resolution in this matter. The Parties expect to file a proposed consent decree for the Court's consideration within the next 14 days.

Respectfully submitted this 4th day of May, 2026,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Matthew D. O'Brien*
Matthew D. O'Brien
Georgia Bar No. 825255
matthew.obrien@eeoc.gov
Atlanta District Office
100 Alabama St. SW, Suite 4R30
Atlanta, GA 30303
(470) 531-4776
(404) 562-6905 Facsimile

COZEN O'CONNOR, P.C.

*/s/ Nicole E. Su*
David L. Barron (*pro hac vice*)
Texas Bar No. 00798051
Nicole E. Su (*pro hac vice*)
Texas Bar No. 24106476
COZEN O'CONNOR, P.C.
LyondellBasell Tower
1221 McKinney Suite 2900
Houston, TX 77010

*Counsel for Plaintiff*

Telephone: 713-750-3132
Fax: 832-706-3425
dbarron@cozen.com
nsu@cozen.com

Danielle C. Le Jeune
Georgia Bar No. 134222
COZEN O'CONNOR, P.C. The
Promenade, Suite 400
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 572-2050
Facsimile:  (404) 287-0265
E-mail:  dlejeune@cozen.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:25-cv-00272-LMM-WEJ** |
| **THE KROGER CO.,** | **JURY TRIAL DEMAND** |
| **Defendant.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2026, I electronically filed the foregoing **NOTICE OF RESOLUTION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to attorneys of record.

/s/ Matthew D. O'Brien
Matthew D. O'Brien
Georgia Bar No. 825255
matthew.obrien@eeoc.gov